

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/1/2025
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 31, 2025

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States District Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States* v. *Vazquez Hildago*, 22 Cr. 183 (VM)

Dear Judge Marrero:

      The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney as counsel of record in the above-captioned case. The undersigned is departing the U.S. Attorney's Office for other employment.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

By:    /s/ *Rushmi Bhaskaran*
       Rushmi Bhaskaran
       Assistant United States Attorney
       (212) 637-2439

cc:    All Counsel of Record (by ECF)

---

Request **GRANTED**. The Clerk of Court is directed to terminate the appearance of AUSA Bhaskaran as counsel of record for the Government in this matter.

**SO ORDERED.**    _____
                            Victor Marrero
                               U.S.D.J.
Dated: August 1, 2025